166 P.3d 991

# SUPREME COURT OF HAWAI'I

County of Kaua'i ex rel. Nakazawa
v. Baptiste .................... 27351     09/06/2007  Denied     115 Hawai'i 15,
165 P.3d 916